```
                                        USDC SDNY
                                        DOCUMENT
UNITED STATES DISTRICT COURT            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK           DOC# _____
                                        DATE FILED:  8/19/13
```

MAX IMPACT, LLC ET AL.,

                Plaintiffs,      09 Civ. 0902 (JGK)

     - against -                ORDER

SHERWOOD GROUP, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Pitman dated July 25, 2013. No objections have been filed and the time to file such objections has passed. In any event, the Court has reviewed the Report and Recommendation and finds that it is well founded and the Court adopts the Report and Recommendation.

    Therefore, the claims of Max Impact, LLC and Chanelia Ltd. are **dismissed without prejudice** for failure to prosecute, and the Court finds that a default judgment should be issued against those parties on the counterclaims against them. The matter is referred to Magistrate Judge Pitman for an inquest on the counterclaims.

SO ORDERED.

Dated:    New York, New York
           August 10, 2013

                                    John G. Koeltl
                            United States District Judge